UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

IN RE: ) CASE NO. 13-33520-TMB13
)
MICHAEL J SPITULSKI ) **SPECIAL NOTICE**
LISA K SPITULSKI ) RE: FED. BANKR. RULE 3002.1
)

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee below gives Notice that the amount paid towards the default in the below claim has been paid in the amount indicated, and that the debtor(s) have completed and tendered to the Trustee, all scheduled and required plan payments.

## PRE-PETITION MORTGAGE PAYMENTS THROUGH THE PLAN

**Name of Creditor**: US BANK NATIONAL ASSOCIATION

Court Claim#: 16           Last 4 digits of Account #: 6219
Trustee Claim #: 007-0

**Allowed Pre-Petition Arrears:**      $3386.18
**Pre-Petition Arrears Paid by Trustee:**      $3386.18

## RESPONSE REQUIRED IF DISAGREEMENT

    Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), debtor's counsel and the Trustee, within 21 days after service of this Notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322 (b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of pre-petition payments made by the trustee is attached to this Notice.

## POST-PETITION MORTGAGE PAYMENTS OUTSIDE THE PLAN

Any post-petition mortgage payments are paid direct by the debtor(s) and the Trustee has no information regarding the veracity of those payments. Unless the Trustee receives a copy of the Response (Form 4100R) to this Notice to the contrary, the Trustee will assume that all required post - petition mortgage payments have been made and the debtor(s) are current.

January 3, 2019

                                           /s/ Wayne Godare
                                           Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3  day of January , 2019.

MICHAEL J SPITULSKI
LISA K SPITULSKI
9144 SE EMILY PARK WAY
HAPPY VALLEY, OR. 97086

NICHOLAS J HENDERSON
MOTSCHENBACHER & BLATTNER, LLP
117 SW TAYLOR ST SUITE 300
PORTLAND, OR. 97204-

US BANK NATIONAL ASSOCIATION
ATTN EWAN PAYMAH EP-MN-L22F
200 SOUTH SIXTH ST
MINNEAPOLIS, MN. 55402-1403

U.S. Trustee

Dated: January 3, 2019

/s/  Peggy O'Neill
*For* The Office of The Chapter 13 Trustee

# Disbursements for Claim

Case: 13-33520  MICHAEL J SPITULSKI

**US BANK NATIONAL ASSOCIATION**
ATTN EWAN PAYMAH EP-MN-
200 SOUTH SIXTH ST
MINNEAPOLIS, MN  55402

Sequence: 38
Modify:
Filed Date: 09/30/2013
Hold Code:

Acct No: 0066  6219

¶2B1 2ND MTG - 9144 SE EMI

Amt Sched: ###########
Amt Due: $0.00

Debt: $3,386.18
Paid: $3,386.18

Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|
| **0070 US BANK NATIONAL ASSOCIATION** | | | | | |
| 06/30/2017 | 412470 | $133.76 | $0.00 | $133.76 | 07/10/2017 |
| 05/31/2017 | 410927 | $780.16 | $0.00 | $780.16 | 06/14/2017 |
| 04/28/2017 | 409443 | $780.16 | $0.00 | $780.16 | 05/09/2017 |
| 03/31/2017 | 407909 | $1,295.24 | $0.00 | $1,295.24 | 04/10/2017 |
| 02/28/2017 | 406323 | $265.08 | $0.00 | $265.08 | 03/09/2017 |
| 01/31/2017 | 404782 | $131.78 | $0.00 | $131.78 | 02/09/2017 |
| Sub-totals: | | $3,386.18 | $0.00 | $3,386.18 | |
| Grand Total: | | $3,386.18 | $0.00 | | |