NRD (12/1/18)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

February 1, 2019

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Michael Joseph Spitulski**
**Lisa Kay Spitulski**
Debtor(s)

Case No. **13–33520–tmb13**

**Notice re: Completion of Plan Payments; Debtor Requirements(s) for Entry of Discharge; Intent to Possibly Close Case Without Entry of Discharge; and 11 USC § 522(q)(1) Motion Deadline**

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) 525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations in a Chapter 12/13 Case, and Statement Re 11 USC § 522(q)(1) Applicability, within 21 days of the FILED date above, or else this case may be closed, upon completion of all case administration, without entry of a discharge order or further notice.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC § 522(q)(1) must, within 21 days of the FILED date above, file a written motion with a certificate of service on the debtor(s), any trustee, U.S. Trustee, and their attorneys

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204